JOSE Rodriguez
v.   Plaintiff

Bradey (LT)                                          CIV. NO.

KGundy (C.O.)                                        Judge
John Doe1 (C.O.)
John DOE 2 (C.O.)
Jane DOE1 (warden)                  DATE:
John DOE3 (Dep. warden)
John DOE4 (LT. shift supervisor)

Defendants
            ETAL,


            JuRy TRIAL DEManDED
        Complaint for Monitary Damages, AnD
                Declatory relife


This is a civil rights Action filed by Jose Rodriguez
a STATE prisoner, for damages and deckatory relife
under 42 U.S.C. §§ 1983, Alleging Deliberat indifference
to his saftey, use of Excesive force in violation of the
14ᵀʰ Amendment of the united states constitution
Condiction of confinement violation of the 14ᵀʰ
Amendment, violation of DUE processe Clause in the
14ᵀʰ Amendment and violation of the Equal protection
under the 14ᵀʰ Amendment

# INTRODUCTION
## OF PARTIES

1) Plaintiff, JOSE Rodriguez is incarcerrated in the custody of The STATE of connecticut Department of Correction for the past 23 months at various Correctional Centers/Institutions in the state of connecticut

2) Defendant, Bradey is and was a "LT" at (B.C.C) Bridgport Correctional Center at The Times and Events mentioned in this civil Action and was under the scope/ color of the state, Defendenat is sued in his offical and Individual capascity

3) ~~Con~~ Defendant John DOE 1 is and was a correctional officer at Bridgeport Correctional Center at the times and events mentioned in this civil action and was under the scope/color of the STATE, Defendant John Doe 1 is sued in his offical and individual capascity

4) Defendant John DOE 2 is and was a correctional officer at Bridgeport Correctional Center at the times and events mentioned in this civil action and was under the scope/color of the STATE, Defendant is sued in his offical and individual capascity

5) Defendant John DOE 3  is and was the Deputy warden at bridgeport Correction center at the times and events mentioned in this Civil action, Defendant is sued in his offical and Individual capacity

6) Defendant John DOE 4 is and was the shift supervisor "LT" at bridgeport correctional center at the times and events mentioned in this Civil action, defendant is sued in his offical and Individual capascity

7) Defendant June DOE  is and was the warden at bridgeport Correctional center at the times and events mentioned in this Civil action, defendant is sued in her offical and Individual capascity

# JURISDICTION

8) This cause of action arises under the United States Constitution, Enforceable pursuant to 42 U.S.C. § 1983 Jurisdiction in this court is proper pursuant to 28 U.S.C. §§ 1331 and 134 (a)(3)

9) This court is authorized to grant declatory Relife under 28 U.S.C. §§ 2201 and 2202

# VENUE

10) The District of Connecticut Venue is proper under 28 U.S.C. § 139(b)(2) because events or omissions giving rise to the claim(s) occurred in this district the district of Connecticut

11) Plaintiff Jose Rodriguez was transfered to (B.C.C.) Bridgeport Correctional Center on _____ and was transfered from (H.C.C.) Hartford Correctional Center

12) Plaintiff was placed in cell Block / unit (39-A) 7 wing 2 cell

13) on 4-7-21 the plaintiff was told by correctional officer McGundry that they will be doing a strip search of the plaintiff and his cell for ("pruno") Jail made achole

14) Defendant McGundy was at plaintiffs Rodriguez cell with Defendant's John doe (1) and (2) Both who are Ranked as correctional officer at Bridgeport Correctional Center

15) Defendants McGundry, John Doe 1 and John Doe 2 enter plaintiff's cell, 2 cell wing 7 of 39-A block without a LT present or Hand held video Recorder ((camera) present to record this enter action with plaintiff.

16) Defendant McGunndry with the presents of defendants Doe1 and Doe2 called the plaintiff a "bicth", pussy and stated that the plaintiff acts like he got big ball and penis well we find out soon.

17) Plaintiff ask Defendants why wasn't a "LT" present and no camera and why are they doing a strip Search for "pruno" (Home made acbol) thets not right.

18) Defendant's laugh at plaintiff and stated it Clear now you got a small dick officer Mcgunndy Stated to plaintiff.

19) Plaintiff stated to defendant McGunndy why are you doing this sick shit and To defendant Doe1 and Doe2 you going to allow him to do this to me

20) Defendant John Doe 2 Stated dont be scard let your Balls hang pussy

21) Plaintiff states ya'll are on some Homo shit (gay) and that got defendant's mad.

22) At The time of the plaintiffs stamant and the Defendants becoming Angrey with the plaintiff they attacked the plaintiff (Assualted)

23) Defendants McGundry, Doe 1 and Doe 2 begean to Punch the plaintiff's face and body as well as stomp on plaintiff legg and plaintiff tryed to cover up his body And sheld himself foom the Assuelting blows

24) Defendants' Doe 1 and Doe 2 grabbed the plaintiff by the arms unshelding him and holding the plaintiff down on the cell floor while defendant McGunndry continued to Assuelt the plaintiff with forcefull blows (punches) Causing the plaintiff to yell out in pain from the Assulting punches

25) Once Defendant McGunndr noticed the plaintiff was Dased And in a semi-state of unconcous state pressed the panick / Destriss Becon calling for other Co's And LT to come the unit and cell

26) Defendants placed the plaintiff in hand cuff befor the responding LT And Co's arrived at the sence

27) Defendant John Doe 1 and John Doe 2 Did not stop defendant McGunndry from assuelting the plaintiff they choose to aidded the Assuelt by Assuelting the plaintiff And holding the plaintiff to aid the Assuelt of defendant McGunndry on the plaintiff

28) Once the "LT" and responding Co's arrived to
the plaintiff's cell and seen that the plaintiff
was in mecanical restraints (Hand Cuffs) on
the floor with visable redness to the plaintiff's
Face and bleeding from his leg. the Defendant
"LT" Bradey told defendant McGunndry to leave
but allow defendant J. Doe I And J. Doe 2 to
Stay And excort the plaintiff to (Seg.) Restrictive
Housing

29) Plaintiff Rodriguez was in a state of confusion,
disinoriented, Dizzy and fadding in and out of connsincress
he was brought to (Seg) Restrictive Housing

30) Medical staff came to cheeck the plaintiff
in Restrictive Housing (seg.)

31) Plaintiff tells medical staff of the pain he is
in the pain in his Head, eye, leg. and mid-
section at that point the Medical staff state your
OK you assualt Co's the pain will go away

32) Plaintiff also told medical of his dizziness
And how he feels like he Blacking out (losing
concousress) and medical staff told plaintiff
to sign paper And Plaintiff stated I dont Know
what this is Im dizzy medical staff And LT
said Just sign it

33) DOE to the plaintiffs semiconsouce state he signs the paper so he can lay down because of the pain and dizzyness and distorted state of mind

34) Plaintiff trys to sleep but his head hurts so he notifes CO who is working the (seg unit) restrictive Housing unit to call medical The co denies the plaintiff

35) Plaintiff's pain continue into the Next day and plaintiff tell the Co on the next Morning and he states thats what come with a black eye refuring to the bruse on And under the plaintiffs Left eye and walking away from the plaintiff leaving him in pain

36) on The day of the code orenge plaintiff stated he did Nothing wrong at all

37) As The plaintiff is in restrictive Housing unit (seg) "LT" Bradey tours and plaintiff tell LT Bradey who is a defendant in this Civil Action that the defendants Assaulted him

38) Defendant Bradey said ow for Real what happened and the plaintiff begain to tell defendant what happened

39) Plaintiff stops defendant bradey and begains to tell him what Happens

40) Plaintiff states to defendant "LT" bradey that the defendants McGundry and defendant J. Doe 1 and J. Doe 2 came to the plaintiffs cell in 39-4 wing 7 2 cell stating they where doing a strip and Cell Search for ("pruno") Home made Achole.

41) Plaintiff continues: stating how he asked why a strip search for pruno and where is the LT at and how defendants stated that the plaintiff acted like he had big balls and penise we'll see and plaintiff aske defendants J-Doe1 and J-Doe 2 are they going to let defendant McGunndry do this that they on some Homo shit (gay)

42) Plaintiff continues: and how defendant McGunndry begains to Assault plaintiff with Defendants J. Doe1 J-Doe 2 who Also Assuall the defendant recoping it all for defendant bradey who then laugh at Plaintiff

43) Plaintiff state to defendant bradey to check the camera and How they did not strip search or check his cell mate at all And Defendant M McGunndry perpusly chose to pick on the Plaintiff DUE to a brife disagreement with the plaintiff And

defendant McGunndry and that there was No furthere
Search for "pruno" or mention if pruno was found
And this was a tactic of the defendant's to make
the plaintiff submitt to them as well as degrade
the plaintiff and due to plaintiff saying it was
Not right and some Homoshit (gay) the defendant
McGunndry and defendants J-Doe1 and J Doe 2
Assualted the plaintiff

44) Plaintiff tell the defendant bradey how his head hurts
eye hurt Leg And his mid-section as well and how
No one will call medical to Asses his pains and
his dizziness the defendant State thats what happens
when you get your Ass whoop

45) Defendant Bradey who is a LT and supervisoR
refused to get the plaintiff medicall Attention or
cheeck into the plaintiffs Allegations about the
assuailt by defendants McGunndry, John Doe1 and
John Doe 2

46) Plaintiff Stated to defendant Bradey how did
I get all these brusies if I only disobeyed
a direct order why was there (3) Co's in my
cell I'm hand cuffed on the floor Bruised up
on the floor when they could of called you or
Any other LT to come befor they restricined
me but They Just 'enter my cell under the

pretense of a strip search and cell search for pruno with no camera or LT present and why would they only strip search me the Plaintiff only and not my cellmate/partner

47) Defendants McGunndry, John Doe1, and John Doe2 Did not follow (D.O.C.) Department of correction policy when it comes to cell searches, strip searches policies by not having a LT present.

48) Defendants gave the plaintiff a (D.R.) Dicplanery Report for Disobeying a direct order, Defendants enter plaintiff cell with out a LT or Notifing a LT/supervisor wich is against protecel and policy when A Inmate will not follow direct orders when Inside a cell Co's are not allowed to enter with out a supervisor and Hand held Camera unless the Inmate is Causing self Harm (commiting suicide) or Attemping to commite suicide

49) Defendants McGunndry, John Doe1, and John doe2 Took plaintiff ost his cell searched him (patt down) Sent him back into his cell then entered his cell with the intent to asswalt the plaintiff video verint footege will show during the physical patt down Plaintiff was following all directions and Not Agressive with Defendants

50) Plaintiff was taken out the cell befor defendant's McGundry, J. Doe1 and J. Doe2 and was patted down outside the cell and Nothing was found and sent back into his cell. Then mentioned defendants went into plaintiff's cell and used excessive force and assulted the plaintiff under false pretense of resestence and not following a direct order in wich plaintiff recevied Black eye (Bruised eye), small contusion on leg(LeftLeg) Swollen eye Brused Left Jaw, shoulder pain and Dizzyness a simiconsicousstate after defendant's went inside cell and assualted plaintiff

51) Defendant's McGundry John Doe1 and John Doe2 wese all past their probationary period and have pest all training prodecal and Know D·O·C· prodecal and policy restriaining methods as well as proders and failed to follow triaining and pacily provided by the Department of corrections as required by the State and D·O·C· and chose to not use their traing or follow prodecal and purcedors of the department and Admivistative directives set by the state of Connecticut Department of corrections

52) By defendant's McGundry, John Doe1, John Doe2 all decided to act with the state of mind to not use the triaining and RulE of the D·O·C· And Assualting the plaintiff was their true agenda at Heart and mind shown in their actions of out of the cell pat down then entering the plaintiff's cell After sending him back into his cell and

physically assaulting the plaintiff Leaving brusied and
swollen face Black eye and Shoulder

53) Defendant's have a afirmative duty placed on them by
the U.S. constitution as employees of the state acting
under the color of the Law to Not cause bodly harm
to prevent dangours condictions and magnate bernifull
risk and wonton pain to the plaintiff as a award
of the state due to his placement in the custody of the
department and the defendants are Extentions of the
Entity of the department of correction acting under the
color of Law

54) Defendant's Assualt on plaintiff caused physical pain and
damages short and Longterm to the plaintiff in mulitpul
forms, swollen and brusied Eye, swollen Jaw, brusied and
swollen shoulder, small contution to Legg, semic unconsious state
plaintiff suffered due to defendants McGunndry, John Doe1,
John Doe2

55) Defendant's Assualt on plantiff caused Long term
damages to plaintiff, Plaintiff Left eye has loss of
vision and lightening in sight, plaintiff shoulder has
Less mobility And Range of motion and can't perform
proper push ups or do pull up or shoulder rise / left

56) Plaintiff comply with the orignal search and was returned to his cell at wich time a LT/supervisor could of been called to deescalte Any situation wich came about after plaintiff was sent beck into his cell And coould of been called to follow prorceder for Strip Search or cell exstration with recording device Hand Held camera

57) The event mentioned above (The violation of the D·O·C· Rules and Regulation and plaintiff's Constitutional Rights) Was on the Day/Date 4-4-21 (April 4Th 2021) at Bridgeport Correctional center

58) Plaintiff's lack of Knowledge and the english language defendant's LT brady and Jane Doe 1 (warden), John Doe 3 (Depudty warden) and John Doe 4 (LT shift supervisor) told plaintiff that procedure was followed and their was no grievance or Appeal avalible to him for this situation and stated if he dose not plead to this D·R· that charges will be pressed on the plaintiff and he will get (5) five years for assualting d·o·c· staff even if he didn't its his word against the officer and denied denied the plaintiff to his grievance rights and Appeal right as well as due processes rights

59) Plaintiff visian in his left eye did not get better and plaintiff write inmate Request form to medical about his left ey

60) Plaintiff shoulder did not regain its Range of motion and the pain did not stop so plaintiff wrote a inmate Request form to medical about his shoulder

61) Plaintiff wrote medical about lossing his balance after the Issualt by D.o.c. staff (Defendants McGumdry, John Doe1 and John Doe2)

62) Plaintiff sent Request to medical again about his vision and shoulder to No avial

63) for A 3rd time plaintiff wrote to medical and was given a cheek up

64) Apone cheek up of plaintiff dak was to be set for plaintiff to see a eye doctor

65) Apone cheek up of plaintiff his shoulder was damaged with muscle brusies And small muscle painch by shoulder Joint limitting his rage of motion and that shoulder was Slightly out of place wich caused muscle to be pinched cave pain as wey

66) medical gave plaintiff 800 mg of Ibeproffen and muesel Rub and a pain med. 3 times a day for 4 weeks

67) Plaintiff continued to write defendant Jane Doe1 (warden) John Doe3 and John Doe4 about the Assuall and his Request where not Responded to even after the 15 Bisnue day Time Limit

68) Defendant's Jane doe1 and john doe 3 toured the unit And plaintiff stopped defendants and mentioned his Request And asked why did they not Respond to them and defendant Jane doe1 stated she dose not have to respond to his request And it wont help his situation if he's tryin to sue becaeuse things happen to people who snitch Referring to the plaintiff

69) Plaintiff's cell mate told him to file a grievance because she knows they did something wrong by the way Jane Doe1 was talking about trying to sue plaintiff tell's cell mate how Jane Doe'1 John Doe3 and 4 said their was no grievance or Appeal processe for him and what happened on 4-4-2021

70) Plaintiff's cell mate tells him to file request and grievance but Keep a copy And write C.C sign his Name under penalty of puerkry so if they dont respond you have a paper trail to back your statements with proff

71) Plaintiff sends Request to defendant's Jane Doe 1, John Doe 1, 2, 3, 4, McGunndry and Bradey asking about why they lied about his Appeal and grievance processe as well as the violation of policy procedures Rules And Regulations and assualting him and the damage that was caused to him by defendants

72) Defendant McGunndry came to Plaintiff Unit 38-B and laugh at the plaintiff saying how he like that ass whooping dont make me beat that ass again and stop snicthing you pussy.

73) Plaintiff wrote defendant Jane Doe 1 about defendant McGunndry coming to the block laugh at him calling him a pussy and a snicth talking about beating his ass again (Assualting Him)

74) Defendant McGunndry came back to 38-B Block with defendant John Doe 1 and John Doe 2 taunting the plaintiff how he was screaming for help before they beat his ass (Assualting Him), then defendants started telling the block that the plaintiff was a snicth and how he got beat up by the defendant's (Assualted) and they know he wrote to the warden about him coming to the Block (defendant Jane Doe 1) and it wont help pussy laugh and walked away

75) Plaintiff started to get threatened by other inmates and called a snicth and begain to feel scard for his safety so he wrote the warden and deputy warden

(defendants Jane doe1 and John Doe3) about what defendant McGunndry, John Doe1 and John Doe2 said and did in the block calling him a snicth and knowing he wrote Jane doe1 (warden) about defendants McGunndry J. Doe1 and J. Doe2 and how other inmates are calling the plaintiff a snicth and threating him telling him he cant live here meaning 38 Block

76) Plaintiff could not take all the threating and the teking of his food and belonging and try to get help and no one helping him and It only made it worse so he wrok mental health

77) Plaintiff filed (3) three level (1) one Inmate grievances on the assualt by defendants, The threats and violations of protecal Procedures and Regulations against the defendants for what was and what happened to defendant

78) Plaintiff refused Housing because the threats and he was told IF he didt he was going to be Jumped and Stabbed by the other inmates because he was a snicth because thats wa what Defendant McGunndy, J-Doe1 and J. Doe2 said on the Block and snicthes Cant live here

79) Plaintiff told responding officer that he was scard and would run into the defendent and the Inmate who threatened the plaintiff due to what the defendants told the inmate on 38 Block

80) Plaintiff was placed on sueice wacth by responding
officer and placed in the medical unit

81) Plaintiff was cleared by mental Health docter that
Plaintiff was not sueicedal and explained the plaintiff's
concerns of his safety to D.O.C staff (officers)

82) D.O.C staff tryed to get Plaintiff to go back to general
population and plaintiff refused due to his concern for
his own safety and constint intagenizing by the
defendants

83) Each defendant's actions made a unsafe condiction
of confinement and state of prill for the plaintiff as
refuse to descalate the magnetude of danger the plaintiff
face and incressed its momentum and strenght with
No regard to their duties and positions they hold in the
entity of the state under the color at Law

84) Plaintiff Remained in the medical unit refusing to
return to general population

85) Plaintiff talk to capatian about his concern and
how defendants Mc Gunndry, John DOE1 and John DOE2
Assaulted him in the cell and how he was being
threatened and intagenized and being labled as a snicth
due to the defendants mentioned in this parbgraph saying
he was a snicth to other inmate this capatian said

let him check into it and be what he can do and
he'l try to get him transfered to another Jail

86) Plaintiff was transfered to Corrigan c.c. from
Bridgeport correctional center

87) AT Corrigain C.C. plaintiff was seen by medical staff
again about his pain in his shoulder and lack of motion
of range as well as his Eye

88) Plaintiff was seen by eye doctor of corrigain c.c
and given glass to not ferther strain his Eye because it
was not appairent of the full affeet the demage of
the assualt will have on his eye and they are
unable to examen his eye further

89) Plaintiff asked the counselor of D-pod to conteet
Bridgeport c.c. to Find out the status of his grievance
he filed and was told they had no such grievance
from hime

90) Plaintiff filed another grievance and had it send to
Bridgeport C.C. thragh the grievance coordinator

91) The allowed 30 Bisnse dey to respond for a grievance
was passed and the plaintiff received no notice or
Any type of response

92) Plaintiff filed a Level to appeal steting he Never receved a response to his Level one grievance and attached a copy of the Level 1 grievance to his Level 2 Appeal This appeal was filed with in the allowed (5) five days

93) Plaintiff awaited the allowed 30 Bisness day time for a Level 2 Appeal and did Not receive any Notice or any response of the appeal Level 2 or Level 1 grievance from bridgeport C.C or any forwerded emeils to the counselor / grievance coordinator of Any problems or responses

94) Plaintiff filed a Level 3 Appeal / grievance because the Allowed time has passed with no response and plaintiff Attached copies of his Level 1, Level 2 to his Level 3 Appeal This Level 3 was filed with in the allowed (5) five days After the 30 Bisnue days for response to his Level 2

95) Plaintiff did Not Recevie a response for his Level 3 grievance Appeal with in the allowed time

96) Plaintiff sent inmate request to D.O.C Division in weathersfeild, CT to inqurie to why the was no response to his Level 3 grievance appeal and hows None of his grievance where responded to at all and Now Its verey IMPORTANT to

response and explain why Plaintiff did not receive
any responses to his grievance

97) Plaintiff's Request was not responded to by D.O.C.
administration

Exaught    of Grievance / remedy for
Inmate In 9.6 AD

98) Plaintiff filed  Level¹ grievance and  did not
get a response at all with in the  30 Bisnue
days  allowed

99) Plaintiff filed  Level² grievance appeal with in
the allowed 5 days after 30 bisnue days wait
for Response

100) Plaintiff did not receive a response for his
Level 2 grievance Appeal with in the 30 Bisnue
days that are allowed

101) Plaintiff filed a Level 3 grievance appeal with in the
allowed 5 days after 30 bisnue days that are allowed
for a Level 2 grievance

102) Plaintiff waited 30 bisnues days for a Respond and acknowledgement of his Level 3 appeal grievance and the plaintiff received no type of Response

103) Plaintiff wrote a inmate Request to the D.O.C administrative office in weatherfeild, CT

104) Plaintiff Did Not Receive Not Response or acknowledgement of plaintiff Inmate Request

105) Plaintiff followed all steps Required by the D.O.C in Regards of the administrative grievance/Remedy processe as out lined in the Administrative Directive 9.6

106) The actions of Defendants Jane Doe, John Doe 3 Telling the plaintiff that there is no grievance or appeal for the events of 4-4-21 when the plaintiff was assualted by defendants McGunndry, John Doe 1, and John Doe 2

107) These attempts by defendants Jane Doe, and John Doe 3 to denie the plaintiff of his rights to file a Appeal or grievance for the Events mention and the actions stating if the paintiff did not plead guilty he would get outside charges pro-longing his time in Jail

108) The plaintiff's Lack of comperhintion of the English langues and Knowledge of the D.O.C. grievance protocal and his openly given rights to Due processe where taken avantage of and violated by defendants and plaintiff Still pursued his grievance processe to his full Ability

## AMENDMENT Violations

109) Defendants Jane Doe, John Doe 1 Through John Doe 4, McGunndry and Bradey violated plaintiff's 14th Amendment Right to have a safe Condiction of confinement'd violation Condictions of Confinement

110) Defendant McGunndry, John Doe1, John Doe2 violated plaintiff 14th Amendment Right by excesive force and Deliberate indiffrence to Saftey failure to protec

111) Defendant's Jane Doe J and Johne Doe 3 and John Doe 4 violated plaintiff right through supervisor liabillity by not properly training and reviewing defendants McGunndry, John Doe1, John Doe2, and Bradey violation of D.O.C. policy and procedures, and the rules and regulations set by the department of correction as put forward in Administrative

directives in prospective of; strip search protocal,
USE of exesive force, restraining tecneque and
employee conduct

112) ALL Defendants violated plaintiffs 14Th
Amendment Right of DUE processe

113) Defendants McGunndry, John Doe1 and
John DOE 2 violated plaintiffs 14Th Amendment
right TO Equal protection

114) ALL Defendants Action where under the
scope of Duty and color of Law, Thus
violatious and actions of every defendant
Left the plaintiff in a state of prill

115) Plaintiff suffered menctal and physical
damages due to the actions of Defendants
McGunndry, John Doe1 and John DOE 2
physical Assualt on the plaintiff Leaving a
damaged shoulder, Black eye (Brused Eye)
loss of vision clearity and distants

PROVESTD FOR DAMAGES

116) Defendants McGunndry, John Doe1, and John Doe2 for exsive force causing physical damages short term and long term 250,000.00 Each Defendant sepretly and Jointly.

117) DEFendant Jane Doe, John Doe 3, John Doe 4 and Bradey for violation of Due processe, Condiction of Confinement, use of Exesive force (under supervisor liability) of defendants McGunndry, John Doe1, and John Doe2 Assualt on plaintiff 350,000.00 for the damages and Due processe violation and Condiction of Confinement Each defendant Jointly and sepretly

118) Defendant McGunndry for the state of pirill Deliberate indiffrence to safety failur to protce 500,000.00

119) Each Defendant Jointly and sepretly 25,000.00 for Deliberate indiffice to safety for condiction of confine ment

120) Each defendant for violation of Due processe rights and violation of Equal protection Rights 100,000.00 Jointly and seperitly

PENALITY of PORDORY

12)) I the plaintiff hereby swear under the penalty of purdory as out lined for the united state District Court District of Connecticut *that* This civil complaint is true and correct to the fullest of my abillity to Bemeber thee events and actions as well as damages resulting frome the Events, action in the time and paraghs mentioned in this complaint and That I Jose rodriguez went Through these events and actions as out line in this civil complaint

Print     JOSE RODRIGUEZ #353805    DATE 4-1-2022

Signitire   jose rodriguez              DATE 4-1-2022

Address: 986 NORWICH-NewLondon
Turn PiKE  Uncasville, CT  06382
Corrigan C.C.

CERTIFICATION PAGE

I HEREby swear under the penalty of
perjury That This Civil complaint was
giving for the perpose of being E-Filed to
the united states District Court The District
of Connecticut Through the counselor
of D-pod/ D-unit at Corrigan Correctional
Center on The      of April 2022

print    JOSE RODRIGUEZ # 353805

Signture   jose Rodriguez

DATE: 4-1-2022