United States District
Court of Connecticut

SCANNED at
and Emailed
4/12/23 by CM . 3 pages
date    initials    No.

Rodriguez

vs.

Lt. Bradey, et. al.

NO: 3:22-CV-00525(VAB)

## Plaintiff's Reply to defendants Answer Doc. #

Plaintiff objects to defendants Answer's due to that Fact that defendants do not tell the truth and or misleading this court, and Answer's are based on Falsehoods.

### Objection to First Affirmative Defense

Plaintiff has fully stated a valid claim which relief can be granted, which defendants has failed to answer Plaintiff Complaint with any Evidence to support their arguments.

### Objection to Second Affirmative Defense

Qualified immunity is not available to any defendant in this matter, as a matter of Law, when defendant actions, which is alleged in this complaint has knowingly, and maliciously, and sadistically acted with intent to harm Plaintiff based on hatred and

(1)

Racial discrimination in violation of Plaintiff's united states Constitutional rights.

### Objection to Third Affirmative defenses

Plaintiff has Exhausted his Administrative remedies Fully to the best he could, due to the fact that the Plaintiff's grievance were Frustrated, and blocked, and impeded on all Levels by defendants on purpose to to plead a "Failure to exhaust Claim"! which defendants did not allow a administrative Remedies Procedure to be available through active efforts by staff to block and impeded process and initimadation and other tactic's and scheme...

All injuries, losses, or damages, which the plaintiff has Soffered, and endured was the results of the defendant's callous conduct to human life.

②

## Certification:

I hereby Certify that this document was E-Filed on 4-11-23 to all Parties in this matter.

Sign Nama: *Jose Rodriguez*
print Nama: Jose Rodriguez

Address   Brooklyn CI
          59 Hartford Road
          Brooklyn, CT 06234.

(3)