UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE RODRIGUEZ | : | CIVIL CASE NO.: 3:22-cv-00525-VDO |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| BRADEY, ET AL. | : | |
| DEFENDANTS | : | August 27, 2024 |

**SUPPLEMENT TO MOTION TO INCUR PRO BONO EXPENSES**

In accordance with the Court's Order (Dkt. No. 57), undersigned counsel for Plaintiff, Jose Rodriguez, respectfully submits this supplement to the motion seeking the Court's authorization to incur pro bono expenses (Dkt. No. 56). The undersigned seeks to purchase a transcript of Plaintiff's deposition in this matter. The estimated cost of the deposition transcript is approximately $350.00.

PLAINTIFF, JOSE RODRIGUEZ

By  /s/ Robert J. Granoth, Jr.
    Michael J. Spagnola (ct26717)
    Robert J. Granoth, Jr. (ct31743)
    Fordharrison LLP
    CityPlace II
    185 Asylum Street, Suite 820
    Hartford, CT 06103
    Tel No.:  860-740-1355
    Fax No.:  860-578-2075
    Email:  rgranoth@fordharrison.com

1

## **CERTIFICATE OF SERVICE**

This is to certify that on this 27th day of August 2024, a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Robert J. Granoth, Jr.
Robert J. Granoth, Jr.